440 A.2d 1249

Fiebig, Appellant v. Neidich.

Fiebig v. Neidich, Appellant.

Argued December 2, 1980. Scott E. Townsley, for appellant (at No. 1239) and appellee (at No. 1248); Harry W. Reed, Jr., for appellant (at No. 1248) and appellee (at No. 1239).

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

440 A.2d 1250

Jeffers, Appellant v. Atlantic Track, etc., et al.
Petition for Allowance of Appeal Denied Feb. 26, 1982.

Argued March 17, 1981. Frank C. Lewis, for appellant; Bruce Martin and Oran W. Panner, for appellees.

Before PRICE, BROSKY and MONTEMURO, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.